UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Pikeville Division

In re:

Robinson Trucking Incorporated

Debtor.

Case No. 14-70794
Chapter 11

**Notice of Inability to Form Official Committee of Unsecured Creditors**

Samuel K. Crocker, United States Trustee, hereby provides notice that he will not appoint an Official Committee of Unsecured Creditors due to lack of interest. The United States Trustee reserves the right to modify this report and appoint a Committee if circumstances so warrant.

Dated: December 22, 2014

**Samuel K. Crocker**
United States Trustee

By:*/s/ Rachelle C. Dodson*
John L. Daugherty
Assistant U.S. Trustee
Rachelle C. Dodson
Trial Attorney
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822

**Certificate of Service**

I certify that on December 22, 2014, I served a copy of the foregoing (i) via first class mail, postage prepaid, upon all parties in interest on the mailing matrix for this case, and (ii) via ECF noticing upon all parties registered to receive notice electronically.

*/s/ Rachelle C. Dodson*
Rachelle C. Dodson